**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

November 15, 2017

## LETTER ORDER

Re: *JP Morgan Chase Bank, Nat'l Assoc. v. Johnson, et al.*
    Civil Action No. 17-2719 (ES) (SCM)

Dear Parties:

On August 23, 2017, Plaintiff moved to remand this case to state court. (D.E. No. 10 ("Motion")). Defendants opposed Plaintiff's Motion (D.E. No. 12), and Plaintiff replied (D.E. No. 21).

On October 11, 2017, the Hon. Steven C. Mannion, U.S.M.J., issued a Report and Recommendation that the undersigned grant Plaintiff's Motion. (D.E. No. 22 (the "R&R")). Magistrate Judge Mannion provided the parties fourteen days to file and serve any objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). (*Id.* at 7). The parties did not file any objections.

The Court has considered Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 15th day of November 2017,

**ORDERED** that this Court adopts Magistrate Judge Mannion's R&R (D.E. No. 22) in full; and it is further

**ORDERED** that Plaintiff's Motion to remand this case to state court (D.E. No. 10) is GRANTED; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entries 10 and 22; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court, Chancery Division, Morris County.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**